FILED
CLERK, U.S. DISTRICT COURT
OCT - 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Related DOJ

FULL NAME
Steve Crump

COMMITTED NAME (if different)
N/A

FULL ADDRESS INCLUDING NAME OF INSTITUTION
CSP Los Angeles County
P.O. Box 8457, Lancaster, California

PRISON NUMBER (if applicable)
AS 2496

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Steve Crump, PLAINTIFF,

v.

Maintenance - Plant Operations Department et al., DEFENDANT(S).

CASE NUMBER: CV15-7845-VBF (FFM)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? 2

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

First lawsuit was filed against Alameda County Sheriff's Department for threats of harm. Case was settled out of court.

Second lawsuit was filed against prison officials at R.J. Donovan Correctional Facility for intimidation and coercion. Case is currently pending in the Ninth Circuit Court of Appeals.

a. Parties to this previous lawsuit:
Plaintiff Steve Crump

Defendants Alameda County Sheriff M. Gordon.

b. Court United States District Court, Northern District of California.

c. Docket or case number 3:12-CV-04357-EMC

d. Name of judge to whom case was assigned U.S. District Judge Edward Chen

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Case was settled out of court.

f. Issues raised: Defendant's retaliatory conduct chilled the plaintiff's exercise of his First Amendment rights.

g. Approximate date of filing lawsuit: August 31, 2012

h. Approximate date of disposition November 25, 2015

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not N/A
   N/A
   N/A

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not Note: Plaintiff has filed grievances with this institution but has never received any response.

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Steve Crump
(print plaintiff's name)

who presently resides at CSP-Los Angeles County, P.O. Box 8457, Lancaster, California
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at CSP-Los Angeles County, P.O. Box 8457, Lancaster, California 93539
(institution/city where violation occurred)

# EXHIBIT COVER PAGE

A
Two pages
EXHIBIT

Description of this Exhibit: Documentary evidence showing plaintiff had made a good faith effort of exhausting his administrative remedies with CDCR.

Number of pages to this Exhibit: 2 pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Applellate Court
- [ ] State Supreme Court
- [x] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

URGENT REQUEST!!

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

Attn: Plant-Maintenance Operations

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Crump, | Steve | AS 2496 | Steve Crump |
| HOUSING/BED NUMBER: D1-234L | ASSIGNMENT: N/A | HOURS FROM N/A TO N/A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): NEED TO HAVE MY TOILET FLUSH ADJUSTED. |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: On June 3, 2015, the plumber came to fix my neighbor in 235 toilet. However, in the process of doing so, it effected the functioning of my toilet. Now when I flush my toilet, it flushes just for a few seconds then stops, leaving some waste in my toilet. I need my toilet flush adjusted to where I can have a longer flush time so that all waste is completely eliminated and flushed down my toilet. Further I wish not to have a health hazard in my cell. Thank you. My Toilet does not flush now!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: Plant-Maintenance Operations DATE MAILED: 06/04/15

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R. Alvarez | 6.17.15 | [signature] | 6.17.15 |

On June 9, 2015, work (WO# 418106) was completed regarding your toilet being backed up. If your concern was not rectifyed at that time please notify building floor staff of your concerns so that a work order can be submitted and the work order procedure can be followed. Our records indicated that a work order has not been submitted for specifically for your concern described above.... Please see attached document...

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

My toilet was working properly until about two weeks ago the plumber maliciously came back making threats as to why I filed a 602 grievance against him. Then he supposely had to fix my toilet again and ever since my toilet now does not flush long enough and there's waste back up. This plumber was being vindictive towards me. So, since plant operations won't fix my toilet not only I'll contact warden J. Soto, but I shall bring this to the courts atten

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Steve Crump | June 20, 2015 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Crump | [illegible] | [illegible] | [illegible] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM | TO | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|---|
| [illegible]-274L | [illegible] | [illegible] | [illegible] | [illegible] |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Every [illegible] ... which [illegible] hazard. I [illegible] ... and repair the plumbing ... toilet water ... My request would be greatly appreciated ... at your earliest convenience. Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: [illegible] Maintenance Dept. - Plumbing Staff DATE MAILED: [illegible]/15

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

on (date or dates) June 3, 2015 (Claim I), N/A (Claim II), N/A (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant Mr. R. Alvarez (full name of first defendant) resides or works at
   44750 60th Street West, Lancaster, California (full address of first defendant)
   Maintenance - Plant Operations Supervisor (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant violated plaintiff's Eighth Amendment right to be free from cruel and unusual punishment.

2. Defendant N/A (full name of first defendant) resides or works at
   N/A (full address of first defendant)
   N/A (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   N/A
   N/A

3. Defendant N/A (full name of first defendant) resides or works at
   N/A (full address of first defendant)
   N/A (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   N/A
   N/A

4. Defendant N/A resides or works at
(full name of first defendant)
N/A
(full address of first defendant)
N/A
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
N/A
N/A

5. Defendant N/A resides or works at
(full name of first defendant)
N/A
(full address of first defendant)
N/A
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
N/A
N/A

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Plaintiff alleges that defendants violated his Eighth Amendment right to be free from cruel and unusual punishment.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Since June 3, 2015, the maintence department has ignored and neglected to fix the plumbing to where my toliet does not completely flush. Feces and human waste stays and remains in my toliet after I flush, in which I must flush the toliet about three or four times for the raw sewage to go down the toliet. This is causing a health hazard to myself to where, not only its causing an excrement-bacteria build-up in my toliet, but also it gives off a strong unpleasant stench in my cell. I've filed 602 grievances concerning this matter but I've received no response.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Issue a declaratory judgment that the defendant's actions complained of herein violate plaintiff's rights under the U.S. Constitution and as otherwise alleged herein. Award plaintiff monetary damages, compensatory and punitive, in an amount to be determined at trial. Award plaintiff the costs of suit and reasonable attorney's fees; and grant plaintiff such other and further relief as the Court deems just and proper.

September 20, 2015
*(Date)*

Steve Cuy
*(Signature of Plaintiff)*

*PROOF OF SERVICE*

Declaration of Service by Mail

I, Steve Crump, declare that I am over the age of Eighteen (18) and that I (am / am not) a party to this action. On September 20th, 20 15, I deposited a copy of the following document (s):

Two ~~sp~~ seperate civil complaint motions with exhibits attached.

in a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at CSP-Los Angeles County, Lancaster, California, and address as follows:

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, California 90012

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA § 1746 (2) ).

DATE September 20, 2015 SIGNATURE Steve Crump

September 20, 2015

Dear Clerk of the Court,

I, Steve Crump, plaintiff, am submitting two seperate civil complaint motions that I wish to have filed with the Court. Also, I wish to inform the Court that two seperate In Forma Pauperis forms with my prisoner's trust account statements showing transactions for the last six months shall be sent, by mail, through the trust accounting office here at this institution, CSP-Los Angeles County seperately from the civil complaint motions. Reasons for this is that I'm presently experiencing extraordinary circumstances with prison officials, and I do want to apologize for any inconveniences I may have caused this Court. In closing, I thank you for your time and cooperation.

Respectfully yours,

Steve Crump

Plaintiff in Pro Se

Court Paper Printed on Recycled Paper

STEVE CRUMP AS2496
CSP- Los Angeles County
P.O. Box 8457 D1-234L
Lancaster, California 93539

C J

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, California 90012

CDCR STATE PRISON GENERATED MAIL

LEGAL AND
CONFIDENTIAL
MAIL



CONFIDENTIAL - LEGAL MAIL
CONFIDENTIAL - LEGAL MAIL