UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE CRUMP,** | No. LA CV 15-07845 VBF (FFM) |
| **Plaintiff**, | ORDER |
| v. | Adopting the Report and Recommendation; |
| CSP LOS ANGELES COUNTY'S MAINTENANCE-PLANT OPERATIONS DEPARTMENT, | Revoking Plaintiff's In Forma Pauperis Status; |
| MS. GRAVES (CSP-Los Angeles County Facility Sergeant) in her individual and official capacities, and | Advising Plaintiff that Action Will Be Dismissed Without Prejudice If He Fails to Pay the Entire Filing Fee by COB on Monday, May 23, 2016 |
| SHARI MURRAY (Maintenance-Plant Operations Employee) in her individual and official capacities, | |
| Defendants. | |

This is a *pro se* state prisoner's civil-rights action pursuant to 42 U.S.C. § 1983. Pursuant to his authority under Fed. R. Civ. P. 72(b)(1), title 28 U.S.C. section 636(b)(1)(B), and C.D. Cal. Local Civil Rule 72-3.3, the Honorable Frederick F. Mumm, United States Magistrate Judge, issued a Report and Recommendation ("R&R") on February 2, 2016. *See* Case Management / Electronic Case Filing System Document ("Doc") Doc 22.

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the first amended complaint (Doc 5), plaintiff's memorandum of points and authorities filed November 2, 2015 (Doc 14), the Magistrate Judge's R&R (Doc 22), and the applicable law.

Petitioner has not filed written objections to the R&R within the time allotted by United States District Court for the Central District of California ("C.D. Cal.") Local Civil Rule ("LCivR") 72-3.4[1], nor has he sought an extension of the objection deadline. Accordingly, the Court proceeds to the issues without waiting further. Finding no defect of law, fact, or logic in the Magistrate Judge's R&R, the Court will accept its findings and recommendations.

ORDER

The Report and Recommendation **[Doc # 22] is ADOPTED**.

**Plaintiff's *in forma pauperis* status is revoked.**

**This action will be dismissed without prejudice – without further opportunity for argument or objection – unless plaintiff submits the entire filing fee to the Clerk of Court by close of business ("COB") on Monday, May 23, 2016.**

DATED: Thursday, April 21, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge

---

[1] Both Fed. R. Civ. P. 72(b)(2) and 28 U.S.C. section 636(b)(1) provide that a party may file written objections to an R&R within fourteen days after being served with the R&R. Our LCivR 72-3.4, however, provides that "[i]f a party is in custody at the time of the filing of the Magistrate Judge's Report, the time for filing objections under F.R. Civ. P. 72(b) shall be shall be twenty (20) days or such further time as the Magistrate Judge may order."

Consistent with the Federal Rule governing Magistrate Judges and the Federal Magistrates Act, the Court construes that to mean twenty calendar days after the incarcerated party is *served with* the R&R, not merely twenty days after the R&R is filed on the docket.

2