# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE CRUMP,**<br><br>    **Plaintiff**,<br><br>    v.<br><br>CSP LOS ANGELES COUNTY'S MAINTENANCE-PLANT OPERATIONS DEPT,<br><br>MS. GRAVES (CSP-Los Angeles County Facility Sergeant) in individual & official capacities, and<br><br>SHARI MURRAY (Maintenance-Plant Ops. Employee) in individual and official capacities,<br><br>    Defendants. | No. LA CV 15-07845-VBF-FFM<br><br>FINAL JUDGMENT |

Pursuant to this Court's contemporaneously issued "Order Dismissing the Action With Prejudice for Prolonged Lack of Prosecution, Failure to Comply With Court Orders, Failure to Pay the Filing Fee, and Failure to Move for Reinstatement of the Action; Directing Entry of Separate Final Judgment, [and] Terminating and Closing the Action", **final judgment is hereby entered in favor of all the defendants in all their capacities and against plaintiff.**

Dated:  Thursday, August 25, 2016

                                 /s/ Valerie Baker Fairbank
                                 _____
                                 VALERIE BAKER FAIRBANK
                                 UNITED STATES DISTRICT JUDGE